IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| EDIT SZANTO,<br><br>       Plaintiff,<br><br>vs.<br><br>COLLEGE OF SOUTHERN IDAHO, a community college; THAD SCHOLES; KARL KLEINKOPF; BOB KEEGAN; JAN MITTLEIDER; LAIRD STONE; JEFF FOX; and CURTIS EATON, in their official and individual capacities;<br><br>       Defendants. | Case No.  1:15-cv-00262-BLW<br><br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Stipulation for Dismissal with Prejudice submitted by the parties and finding good cause therefor;

NOW THEREFORE IT IS HEREBY ORDERED, that the above-entitled action is DISMISSED WITH PREJUDICE with each side to bear their own attorneys' fees and costs. The Clerk shall close this case.

DATED: October 26, 2016

_____

B. Lynn Winmill

Chief Judge

United States District Court